OPINION — AG — ** COLLECTION AGENCIES — LICENSING ** 14A O.S. 1971 [14A-1971], 3-502, 14A O.S. 1971 [14A-1971] [14A-1971], 6-201, 14A O.S. 1971 [14A-1971], 6-203 DO NOT APPLY TO COLLECTION AGENCIES UNLESS ACCOUNTS ARE ASSIGNED TO THE COLLECTION AGENCIES ACCORDING TO THE LEGAL MEANING AND DEFINITION OF THE WORD " ASSIGNED ". CITE: 14A O.S. 1971 [14A-1971], 6-201 (TODD MARKUM)